IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| DAVID KING, JR. | § | |
| VS. | § | CIVIL ACTION NO. 9:23-cv-101 |
| TEXAS DEPARTMENT OF CRIMINAL JUSTICE, ET AL. | § | |

### REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Plaintiff David King, Jr., an inmate confined at the Wainwright Unit of the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, brings this lawsuit pursuant to 42 U.S.C. § 1983.

The above-styled action was referred to the undersigned magistrate judge pursuant to 28 U.S.C. § 636 and the Local Rules for the Assignment of Duties to the United States Magistrate Judge for findings of fact, conclusions of law, and recommendations for the disposition of the case.

### Discussion

Plaintiff has submitted an Application to Proceed *In Forma Pauperis* (doc. #2). A review of the Application shows Plaintiff declared under the penalty of perjury that he owns a United States bond in the amount of $100,000,000.00. Additionally, Plaintiff declared he receives deposits to his prisoner trust fund account of between $50.00 and $100.00 each month.

The Prison Litigation Reform Act (PLRA) requires prisoners seeking to bring civil actions to pay the full filing fee. When insufficient funds exist to pay the full fee at the time of filing, a prisoner may request to proceed *in forma pauperis* and pay an initial partial filing fee of twenty percent of the greater of the average monthly balance or deposits into the prisoner's account. After payment of the initial partial filing fee, twenty percent of each preceding month's income will be deducted from the plaintiff's inmate account monthly until the full filing fee is paid.

As set forth above, Plaintiff's Application shows he has a total of $100,000,000.00 in bonds. Therefore, sufficient funds exist for Plaintiff to pay the filing fee in this action. Accordingly, Plaintiff's Application to Proceed *In Forma Pauperis* should be denied.

### Recommendation

Plaintiff's Application to Proceed *In Forma Pauperis* should be denied. Plaintiff should be allowed thirty days to submit the filing fee of $402.00.

### Objections

Within fourteen days after being served with a copy of the magistrate judge's report, any party may serve and file written objections to the findings of facts, conclusions of law and recommendations of the magistrate judge. 28 U.S.C. § 636 (b)(1)(C).

Failure to file written objections to the proposed findings of facts, conclusions of law and recommendations contained within this report within fourteen days after service shall bar an aggrieved party from the entitlement of *de novo* review by the district court of the proposed findings, conclusions and recommendations and from appellate review of factual findings and legal conclusions accepted by the district court except on grounds of plain error. *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1417 (5th Cir. 1996) (en banc); 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72.

**SIGNED this the 22nd day of June, 2023.**

_____
Christine L Stetson
UNITED STATES MAGISTRATE JUDGE